# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FILIBERTO MARQUEZ, | No. ED CV 13-1597-JLS (PLA) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| J. SOTO, Warden, | |
|     Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4-24-14

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE